## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**WILLIAM M. BROWN**  PLAINTIFF

**VS.**  **CIVIL ACTION NO. 4:06CV54LA**

**TOWN OF DEKALB, MISSISSIPPI; DEKALB POLICE DEPT.; KIRK MERCHANT, in his official capacity of DeKalb Police Chief and individually and  JEFF JOWERS, in his official capacity of DeKalb Police Officer and individually**  **DEFENDANTS**

### ORDER

This matter came before the court on the Defendants' Motion for Additional Time to Comply with Discovery Order, by which they seek a short extension of time within which to comply with the court's December 21, 2006, Order requiring discovery responses.  The basis for the Motion is the intervening holidays and defense counsel's military obligations.  The court is aware of the Plaintiff's objection to the delay; however, the reasons for the extension do, in the court's opinion, constitute good cause for this brief extension of time.

IT IS, THEREFORE, ORDERED that the Defendants' Motion for Additional Time to Comply with Discovery Order is hereby **granted**, and the Defendants shall respond to the Plaintiff's discovery requests on or before January 24, 2007.

IT IS SO ORDERED, this the 19th day of January, 2007.

S/Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE