```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  EASTERN DIVISION
```

WILLIAM M. BROWN                                      PLAINTIFF

VS.                                  CIVIL ACTION NO. 4:06CV54TSL-LRA

TOWN OF DEKALB, MISSISSIPPI;
DEKALB POLICE DEPARTMENT;
KIRK MERCHANT, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS DeKalb
POLICE CHIEF; JEFF JOWERS,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS DeKalb POLICE OFFICER                     DEFENDANTS

## JUDGMENT

For the reasons set forth in the court's memorandum opinion and order entered this date, it is ordered and adjudged that this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 11th day of September, 2007.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE